IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARLY BRUBAKER,

      Appellant,

v.

NORTHEAST FLORIDA
STATE HOSPITAL,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1266

Opinion filed July 3, 2014.

An appeal from the Division of Administrative Hearings.
Diane Cleavinger, Administrative Law Judge.

Nancy A. Daniels, Public Defender, and Archie F. Gardner, Jr., Assistant Public Defender, Tallahassee, for Appellant.

J. Melton Bessinger, Jr., Institution Counsel, Northeast Florida State Hospital, Macclenny, for Appellee.

PER CURIAM.

      AFFIRMED.  Burke v. Ne. Fla. State Hosp., 94 So. 3d 725 (Fla. 1st DCA 2012); Pullen v. State, 818 So. 2d 601 (Fla. 1st DCA 2002).

WOLF, ROBERTS, and ROWE, JJ., CONCUR.